IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STANLEY M. STROTHER,

    Petitioner,

vs.                                        CASE NO.: 4:03cv19-SPM/AK

JAMES CROSBY,

    Respondent.

_____/

## **ORDER**

    This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation dated May 5, 2005 (doc. 16). Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

    Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 16) is ADOPTED and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus (doc. 7) is denied.

DONE AND ORDERED this 13th day of June, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge